UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN FREDRICKSON,<br><br>            Plaintiff,<br><br>      v.<br><br>U. BANIGA, et al.,<br><br>            Defendants. | No. 1:20-cv-00398-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION AND DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE TO THIS CASE FOR THE PURPOSE OF CLOSING THE CASE<br><br>(Doc. Nos. 11, 13) |

Warren Fredrickson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 31, 2020, the assigned magistrate judge issued findings and recommendations, recommending that "[t]his action be dismissed for failure to state a claim," and that "[t]he Clerk of Court be directed to close the case." (Doc. No. 13 at 8.)

Plaintiff was provided an opportunity to file objections to the findings and recommendations and then granted plaintiff an extension to do so.  (*See* Doc. No. 15.)  The extended deadline to file objections has passed, and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 31, 2020, (Doc. No. 13), are adopted in full;
2. This action is dismissed for failure to state a claim; and
3. The Clerk of Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated: **January 8, 2021**

UNITED STATES DISTRICT JUDGE